# United States Court of Appeals
### For the Eighth Circuit

_____

No. 24-2560

_____

United States of America

*Plaintiff - Appellee*

v.

James Vigil, also known as Joker

*Defendant - Appellant*

_____

Appeal from United States District Court
for the Western District of Arkansas - Hot Springs

_____

Submitted: April 29, 2025
Filed: May 2, 2025
[Unpublished]

_____

Before LOKEN, ERICKSON, and STRAS, Circuit Judges.

_____

PER CURIAM.

James Vigil appeals after a jury found him guilty of unlawful possession of a firearm as a prohibited person, and the district court[1] sentenced him to 120 months

_____

[1] The Honorable Susan O. Hickey, Chief Judge, United States District Court for the Western District of Arkansas.

in prison. His counsel has requested leave to withdraw, and has filed a brief under Anders v. California, 386 U.S. 738 (1967), challenging the sufficiency of the evidence supporting the verdict, and arguing that the court erred in calculating the Guidelines range. Vigil has filed a pro se brief raising similar challenges.

Upon careful review, we conclude there was sufficient evidence to support Vigil's conviction. See United States v. Cornelison, 717 F.3d 623, 626 (8th Cir. 2013) (standard of review); United States v. Smart, 501 F.3d 862, 865 (8th Cir. 2007); United States v. Oleson, 310 F.3d 1085, 1090 (8th Cir. 2002). We also conclude the district court did not commit reversible error with respect to calculating the applicable Guidelines range. See United States v. Peterson, 455 F.3d 834, 837 (8th Cir. 2006) (standard of review). Finally, we conclude that Vigil's additional arguments raised in his pro se brief do not warrant vacating his conviction or sentence.

We have independently reviewed the record under Penson v. Ohio, 488 U.S. 75 (1988), and have found no non-frivolous issues for appeal. Accordingly, we grant counsel leave to withdraw and affirm.

_____